UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                        CASE NO.  09-29309-BKC-AJC
GLORIA ALLEN FOX

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $    15.68   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $     .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

      Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

      WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  3-25-11

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

GLORIA ALLEN FOX
14305 SW 105 CT
MIAMI, FL 33176-7022

JOSHUA S. MILLER, ESQUIRE
9555 N. KENDALL DRIVE, #211
MIAMI, FL 33176

AHMSI
4875 BELFORT ROAD, SUITE 130
JACKSONVILLE, FL 32256

AHMSI
4875 BELFORT ROAD, SUITE 130
JACKSONVILLE, FL 32256

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  09-29309-BKC-AJC
GLORIA ALLEN FOX

                              CHAPTER 13


GLORIA ALLEN FOX

14305 SW 105 CT
MIAMI, FL 33176-7022


JOSHUA S. MILLER, ESQUIRE
9555 N. KENDALL DRIVE, #211
MIAMI, FL 33176


AHMSI                          ---------$        10.08
4875 BELFORT ROAD, SUITE 130                     **RETURNED FROM CREDITOR**
JACKSONVILLE, FL 32256                           **BECAUSE CASE DISMISSED**
                                                 **CLAIM REGISTER # 3**

AHMSI                          ---------$        5.60
4875 BELFORT ROAD, SUITE 130
JACKSONVILLE, FL 32256

                                                 **RETURNED FROM CREDITOR**
U.S. Trustee                                     **BECAUSE CASE DISMISSED**
51 S.W. 1st Avenue                               **CLAIM REGISTER # 3**
Miami, Florida 33130